UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GREGORY D. OWENS ) | 09-11371 (7) |
| _____) | |
| ) | |
| ) | |
| GREGORY D. OWENS ) | |
| 888 ARMSTRONG STREET ) | |
| RUSSELLVILLE, KY 42276 ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | A.P. No. 09-_____ |
| ) | |
| UNIFUND CCR PARTNERS ) | |
| 10625 TECHWOODS CIRCLE ) | |
| CINCINNATI, OH 45242 ) | |
| Defendant ) | |
| _____) | |

## **COMPLAINT TO RECOVER PREFERENTIAL TRANSFER**

Comes Gregory D. Owens, by counsel and for her Complaint alleges as follows:

### **JURISDICTION AND VENUE**

1. The District Court for the Western District of Kentucky has jurisdiction of this proceeding pursuant to 28 U.S.C. Section 1334(b), which has been referred to this Bankruptcy Court by L.R. 83.12(a) of the Joint Local Rules of Civil Practice for the U.S. District Courts for the Eastern and Western Districts of Kentucky under authority granted by the District Court by 28 U.S.C. Section 157(a). Venue lies herein by virtue of 28 U.S.C. Section 1409.

2. This adversary proceeding is a core proceeding arising in or arising under a case under Title 11 of the United States Code, to wit: <u>In Re Gregory D. Owens</u>, case number 09-11371 filed August 9, 2009 and is now pending before the US Bankruptcy Court for

the Western District of Kentucky. See 28 U.S.C.§ 157(a), 28 U.S.C. § 1334, and B.R. 7001.

3. Gregory D. Owens brings this action pursuant to 11 U.S.C. §§ 544, 547, 550 and KRS 378.060.

## PARTIES

4. Plaintiff is the Debtor in the Chapter 7 case described in paragraph 2.

5. Defendant, Unifund CCR Partners is a General Partnership with an assumed name doing business in Kentucky. The principal office of the defendant, Unifund CCR Partners is 10625 Techwoods Circle, Cincinnati,. OH 45242.

## FACTUAL BACKGROUND

6. The Debtor filed a bankruptcy case on August 9, 2009 seeking a Chapter 7 Discharge.

7. On March 23, 2009, Unifund CCR Partners caused a non wage garnishment to be served upon the Debtor's bank accounts held at First Southern National Bank. As a result of the non wage garnishment seizure Unifund CCR Partners received $2045.89 while the debtor was insolvent. This being with 180 days of the date the debtor filed his bankruptcy case.

8. At the time of the seizure the Debtor also was indebted to various parties in excess of $50,000.00 of unsecured debt and was not in the ordinary course of business.

9. The transfer was made while the Debtor knew he was insolvent.

## ALLEGATIONS

10. Plaintiff incorporates all previous paragraphs.

11. The transfer was made in violation of KRS 378.060 and is recoverable.

12. The sate law is an adjunct to and supplemental of, those powers specifically provided by the Bankruptcy Code.

13. The $20045.89 or the right to recover was claimed exempt without objection and now has been abandoned back to the debtor by the Chapter 7 Trustee.

## RELIEF SOUGHT

15. The Debtor may avoid a transfer of property of the debtor or recover a setoff to the extent that the debtor could have exempted such property under subsection (g)(1) of this section if the trustee had avoided the transfer, if --

(1) such transfer is avoidable by the trustee under section 544, 545, 547, 548, or 724(a) of this title or recoverable by the trustee under section 553 of this title; and

(2) the trustee does not attempt to avoid such transfer. See 11 U.S.C. 522(h)(1) and (2).

16. Trustee Mark H. Flener abandoned any interest in the right to recover these funds and the debtor may stand in the shoes of the trustee and exercise the avoiding powers of the trustee to the extent that the funds may be exempted by the debtor.

WHEREFORE, the Plaintiff prays this Court:

A. To declare and adjudge the funds seized by Unifund CCR Partners was a preferential transfer to be voided;

B. To grant judgment against Unifund CCR Partners in the amount of $2045.89;

C. Award reasonable costs including attorney fees in bringing this action; and

D. For any and all other relief the Plaintiff is entitled.

Respectfully submitted this 16th day of November 2009.

/s/ **J. Stewart Wheeler**
J. Stewart Wheeler
P.O. Box 626
Russellville, KY 42276
1-270-726-3121
1-270-726-3122 fax