UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gregory D. Owens | ) | |
| | ) | |
| Debtor(s) | ) | Case No.  09-11371(1) |
| Gregory D. Owens | ) | |
| | ) | CHAPTER  7 |
| | ) | |
| Plaintiff(s) | ) | AP No.  09-1053 |
| vs. | ) | |
| | ) | |
| | ) | |
| Unifund CCR Partners | ) | |
| Defendant (s) | ) | |

## **SCHEDULING ORDER**

Pursuant to Bankruptcy Rule 7001, IT IS HEREBY ORDERED:

(A) That a telephonic pretrial hearing is scheduled for **January 7, 2010   at 10:30 a.m. Eastern**. Motions for continuance of the pretrial must be filed at least ten (10) days prior to the hearing.

(B) That within thirty (30) days from the issuance of the attached Summons, the defendant shall serve the plaintiff with an answer and file the answer with the Court.

(C) That if the defendant fails to file an answer, the plaintiff shall within ten (10) days after the last day for filing the answer, file a Motion for Default Judgment together with an affidavit stating that the defendant is not incompetent, an infant or soldier/sailor serving overseas. IN THE EVENT THE PLAINTIFF SHOULD FAIL TO FILE SAID MOTION FOR DEFAULT JUDGMENT AND AFFIDAVIT WITHIN TEN (10) DAYS, THIS ACTION SHALL BE DISMISSED BY THE COURT.

(D) That within fifteen (15) days after the date the answer is filed, the attorneys and any unrepresented party shall:

    (1) in compliance with Bankruptcy Rule 7026(f), meet to discuss (a) the nature and basis of their claims and defenses; (b) the possibilities for a prompt settlement or resolution of the case;  (c) to make or arrange for the required disclosures and  (d) to develop a proposed discovery plan,

    (2) in compliance with Bankruptcy Rule 7026(f) (1) - (4), file a Settlement Conference Report (a) outlining the prospects of settlement or the reason settlement cannot be reached; (b) stating the issues remaining between the

parties; (c) stating whether discovery is necessary and (d) the report shall be signed by the attorneys and any unrepresented party.

(E) That within ten (10) days after filing the settlement conference report, the parties shall complete and sign the Rule 7026(a) disclosures, and

(F) That within forty-five (45) days after filing the answer, the parties shall complete discovery. (NOTE: This is a total of forty-five (45) days, not forty-five (45) days for plaintiff followed by forty-five (45) days for defendant) For good cause, the Court will consider a motion to extend the time for completing discovery.

IT IS FINALLY ORDERED that failure to comply with this Order may result in dismissal of the case and/or other appropriate sanctions.

A copy of this Order shall be served with the summons on all defendants by plaintiff's agent.

ENTERED BY ORDER OF THE COURT
United States Bankruptcy Court
Diane S. Robl, Clerk

By: /s/ Trayce Grimes
     Deputy Clerk

Louisville, Kentucky
Date: November 17, 2009