UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| Gregory D. Owens | ) | |
| Debtor(s) | ) | Case No. 09-11371 (1) |
| Gregory D. Owens | ) | |
| | ) | |
| vs. Plaintiff(s) | ) | AP No. 09-1053 |
| | ) | |
| Unifund CCR Partners | ) | |
| Defendant (s) | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

All pleadings filed by attorneys and trustees are to be filed electronically. If you have any questions, please contact the Clerk's Office at 502-627-5700.

Plaintiff's attorney will receive automatic electronic notice of your answer when it is filed electronically with the court.

| **Name and e-mail address of Plaintiff's Attorney:** |
|---|
| Joe Stewart Sheeler |
| Email: j_wheele@bellsouth.ne |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT**

Diane S. Robl
Clerk of the Bankruptcy Court

Date: November 17, 2009

By: /s/ Trayce Grimes
Deputy Clerk

(This summons has been reproduced electronically. Questions about its authenticity should be directed to the U.S. Bankruptcy Court, Western District of Kentucky, 502-627-5620 from 8:30 am to 4:30 p.m Eastern time Monday through Friday.)

Adv. Case No. 09-1053

# CERTIFICATE OF SERVICE

I, _Bruce Clewell_, certify that I am, and at all times during the service
(name)
of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons, including the Scheduling Order and a copy of the complaint, was made _11/23/09_ by:
(date)

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Unifund CCR Partners
Att: Managing Partner or Agent
10625 Techwoods Circle
Cincinnati OH 45252

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]
(name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_11/23/09_                              _[signature] Clewell_
Date                                           Signature

| Print Name | Bruce Clewell |
| Business Address | 196 E 6th Street |
| City | Russellville | State | KY | Zip | 42276 |