UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:

GREGORY D. OWENS
Debtor

09-11371 (7)

GREGORY D. OWENS
Plaintiff

vs.

A.P. No. 09-01053

UNIFUND CCR PARTNERS
Defendant

## DEFAULT JUDGMENT

This matter having come before the Court on the Motion of the Plaintiff for a default judgment against defendant Unifund CCR Partners, and it appearing from the record that Unifund CCR Partners was properly served and is before the Court, and it further appearing that Unifund CCR Partners has failed to defend this action,

**THEREFORE IT IS HEREBY ORDERED AS FOLLOWS:**

JUDGMENT is granted for the Plaintiff Gregory D. Owens and against Unifund CCR Partners for the funds taken as a preferential transfer in the amount of $2045.89.

Joan A. Lloyd
United States Bankruptcy Judge
Dated: December 28, 2009

Tendered by: **/s/ Joe Stewart Wheeler**
Joe Stewart Wheeler
P.O. Box 626
Russellville, KY 42276
1-270-726-3121
1-270-726-3122 fax