UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Gregory D. Owens | ) | Case No. 09-11317 |
| | ) | |
| Debtor | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| Gregory D. Owens | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | A.P. No. 09-01053 |
| | ) | |
| | ) | |
| Unifund CCR Partners | ) | |
| | ) | |
| Defendant | ) | |

## AFFIDAVIT OF NATHAN DUVELIUS

Comes now the Affiant, Nathan Duvelius who, being first duly sworn upon his oath, hereby deposes and states as follows:

1. My name is Nathan Duvelius. I am an adult, competent to testify in a court of law, and have personal knowledge of the matters I testify to in this Affidavit;

2. I am an Authorized representative of Unifund CCR Partners ("Defendant") and I am authorized to make this affidavit on behalf of Defendant;

3. As part of my duties, I am responsible for receipt and custody of legal papers that are sent to Defendant, which legal papers are kept in the normal course and practice of Defendant's business.

4. Defendant has no record of the receipt of Plaintiff's Complaint to Recover Preferential Transfer, nor of the associated Summons.

777777 / 937033-1


EXHIBIT A

5. The first document associated with this case that Defendant has record of receiving was the Plaintiff's Motion for Default Judgment.

6. The Plaintiff's Motion for Default Judgment was received on January 4, 2010.

Further, Affiant saith not.

_____
Nathan Duvelius

**STATE OF OHIO** ]
:ss
**COUNTY OF HAMILTON** ]

Before me, the undersigned Notary Public, in and for said county and state, personally appeared Nathan Duvelius, who acknowledged execution of the foregoing Affidavit.

WITNESS my hand and Notarial Seal this 7 day of Jan, 2010.

_____
Notary Public (Signature)

CRAIG WORTMAN
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
August 09, 2010

777777 / 936050-1