UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREGORY D. OWENS | ) | Case No. 09-11371 |
| Debtor(s) | ) | |
| | ) | |
| GREGORY D. OWENS | ) | AP No. 09-1053 |
| Plaintiff(s) | ) | |
| vs. | ) | |
| | ) | |
| UNIFUND CCR PARTNERS | ) | |
| Defendant(s) | ) | |

**O R D E R**

This adversary proceeding came before the Court on January 21, 2010 before the Honorable Joan A. Lloyd for a hearing on the Defendant's motions to vacate Default Judgment (Document No. 8) and for relief from Judgment (Document No. 11) and on the response filed thereto by the Plaintiff (Document No. 14). The Court having considered statements of counsel for the Plaintiff and Defendant, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Defendant's motions and Plaintiff's response be, and hereby are, **SUBMITTED for decision.**

bcr

Joan A. Lloyd
United States Bankruptcy Judge
Dated: January 22, 2010