# UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREGORY D. OWENS | ) | CASE NO.  09-11371 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |
| GREGORY D. OWENS | ) | A. P. NO. 09-1053 |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNIFUND CCR PARTNERS | ) | |
| | ) | |
| Defendant(s) | ) | |

## <u>MEMORANDUM-OPINION</u>

This matter is before the Court on the Motion for Relief from Judgment and Motion to Vacate Judgment of Defendant Unifund CCR Partners ("Unifund").  The Court considered the Motions of Unifund, the Responses to those Motions filed by Plaintiff/Debtor Gregory D. Owens ("Debtor") and the comments of counsel for both parties at the hearing held on the matters.  For the following reasons, the Court will **GRANT** Unifund's Motions and set aside the default judgment.

On November 23, 2009, Debtor served the Complaint and Summons on Unifund by U.S. mail addressed to: Unifund CCR Partners, Att. Managing Partner or Agent, 10625 Techwoods Circle, Cincinnati, Ohio 45252.  After receiving no responsive pleading or answer to the Complaint after 30 days, Debtor filed a Motion for Default Judgment on December 23, 2009.  The Court entered the Order granting the Motion for Default five days later on December 28, 2009.

On January 5, 2010, Unifund filed a Motion to Vacate Judgment and an Answer to the Complaint.

On January 7, 2010, Unifund filed a Motion for Relief from Judgment.

## LEGAL ANALYSIS

Debtor properly served Unifund with service of process in accordance with Rule 7004 of the Federal Rules of Bankruptcy Procedure. The Summons was served at the same address that the Motion for Default Judgment was addressed as indicated on the Certificate of Service. Unifund acknowledges receiving the Motion for Default, but claims it did not receive the Summons and Complaint.

The factors to be considered in determining whether to vacate a default judgment are: (1) whether the opposing party would be prejudiced; (2) whether the proponent had a meritorious claim or defense; and (3) whether the proponent's culpable conduct led to a default. Weiss v. St. Paul Fire & Marine Ins. Co., 283 F.3d 790 (6th Cir. 2002). Under Rule 60(b)(1) of the Federal Rules of Civil Procedure, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9024, the party seeking relief from judgment must demonstrate that the default did not result from culpable conduct. This is done by "demonstrating that his default was the product of mistake, inadvertence, surprise or excusable neglect." Waifersong, Ltd. Inc. v. Classic Music Vending, 976 F.2d 290, 292 (6th Cir. 1992).

Here, the Court notes that the Motion for Default was filed shortly after the expiration of Unifund's deadline to answer or otherwise respond to the Complaint. Additionally, the Court entered the Order granting that Motion only five days later. Unifund also moved to set aside the default judgment less than 10 days after its entry. The Sixth Circuit has repeated the principle that "trials on the merits are favored in federal court." United Coin Meter Co., Inc. v. Seaboard

<u>Coastline, R.R.</u>, 705 F.2d 839 (6th Cir. 1983). Any doubt should be resolved in favor of setting aside the default so the matter may be decided on the merits.

This case does not provide an example of entry of the default due to culpable conduct by the Defendant. Unifund has asserted defenses that could be meritorious, but the Court cannot enter judgment on the merits in favor of either party at this early stage of the proceeding. The Court also sees no prejudice to Debtor in having the default judgment set aside. Accordingly, the Motions of Unifund will be **GRANTED**.

<u>**CONCLUSION**</u>

For all of the above reasons, the Motion for Relief from Judgment and Motion to Vacate Judgment of Defendant Unifund CCR Partners are **GRANTED** in the accompanying Order.

# UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

IN RE:                              )
                                    )
    GREGORY D. OWENS                )        CASE NO.  09-11371
                                    )
_____Debtor(s)_____   )
                                    )
    GREGORY D. OWENS                )        A. P. NO. 09-1053
                                    )
         Plaintiff(s)               )
                                    )
v.                                  )
                                    )
    UNIFUND CCR PARTNERS            )
                                    )
_____Defendant(s)____   )

## <u>ORDER</u>

Pursuant to the Memorandum-Opinion entered this date and incorporated herein by reference,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion for Relief from Judgment and Motion to Vacate Judgment of Defendant Unifund CCR Partners, be and hereby are, **GRANTED**. The Default Judgment entered by Order dated December 28, 2009 is set aside and the Answer to the Complaint is deemed filed as of January 5, 2010.